

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

*Robert Frazer*
*United States Attorney*
*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          *Main: (856) 757-5026*
*P.O. Box 2098*                         *Direct: (973) 494-6933*
*Camden, NJ 08101*                      *christian.carrara2@usdoj.gov*

May 15, 2026

**<u>Via Electronic Filing</u>**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> **Re:** ***Maldonado Contreras v. Soto, et al.*, No. 2:26-cv-04945 (CCC)**
> **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 8 U.S.C. § 1225(b). In accordance with the Court's May 8, 2026 Text Order (ECF No. 4), we respectfully write to inform the Court that on May 14, 2026, the Elizabeth Immigration Court conducted a custody redetermination concerning Petitioner pursuant to 8 U.S.C. § 1226(a). The Elizabeth Immigration Court granted Petitioner's request for a change in custody status and ordered that Petitioner be released from custody on $12,000.00 bond. *See* Ex. 1 at 1 (May 14, 2026 Order of the Immigration Judge).

Should Your Honor have any questions or concerns, please do not hesitate to contact this Office. Thank you for your consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
U.S. Attorney

*/s/ Christian H. Carrara*

Hon. Claire C. Cecchi, U.S.D.J.
May 15, 2026
Page 2

CHRISTIAN H. CARRARA
Assistant United States Attorney

*Attorneys for Federal Respondents*

cc:    All counsel of record (*via ECF*)

Encls.

In light of Petitioner's release, the
Clerk's Office shall close this matter.

SO ORDERED

_____s/Claire C. Cecchi_____
CLAIRE C. CECCHI, U.S.D.J.

Date:  8/13/2026